JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISTIANO AMPARO, an individual; ABEL MILLARES-ROJAS; an individual, <br><br>Plaintiffs, <br><br>v. <br><br>LEROY ROLDAN, an individual; RYDER TRUCK RENTAL LT.; a Florida corporation; UNITED STATES OF AMERICA *ex rel* UNITED STATES POSTAL SERVICE; DOE I through X; and ROE CORPORATIONS I through X, <br><br>Defendants. | Case No. 2:24-cv-00394-JAD-BNW <br><br>**Stipulation for Extension of Time for Plaintiffs to File an Amended Complaint and for Federal Defendants to File a Response** <br><br>**(Second Request)** |

   The Federal Defendants, the United States of America and LeRoy Roldan, and Plaintiffs, Cristiano Amparo, and Abel Millares-Rojas, stipulate (i) to extend with 30 days the deadline for Plaintiffs to file and serve an Amended Complaint, from March 29, 2024, to April 29, 2024; and (ii) to extend with 30 days the deadline for Federal Defendants to file an Answer or responsive pleading from April 26, 2024, to May 27, 2024. This is the second request for an extension of time.

   Counsel for Plaintiffs requests this 30-day extension to file an Amended Complaint and the Federal Defendants agree.

Therefore, the parties request that the Court extend the deadline for Plaintiffs to file an Amended Complaint to **April 29, 2024,** and for the Federal Defendants to file a responsive pleading to **May 27, 2024**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 1st day of April 2024.

| | |
|---|---|
| THE LAW FIRM OF PARKE ESQUIRE | JASON M. FRIERSON<br>United States Attorney |
| */s/Kurt C. Lambeth*<br>KURT C. LAMBETH, ESQ.<br>Nevada Bar No. 6390<br>3111 South Maryland Parkway<br>Las Vegas, Nevada 89109<br>*Attorneys for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4/3/2024

2