1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar Number 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov

7  *Attorneys for Federal Defendants*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 CRISTIANO AMPARO, an individual;
   ABEL MILLARES-ROJAS; an individual,    Case No. 2:24-cv-00394-JAD-BNW
11
         Plaintiffs,
12
         v.                                **Stipulation for Extension of Time to File**
13                                         **Discovery Plan and Scheduling Order**
   LEROY ROLDAN, an individual;
14 RYDER TRUCK RENTAL LT.; a Florida       **(First Request)**
   corporation; UNITED STATES OF
15 AMERICA *ex rel* UNITED STATES
   POSTAL SERVICE; DOE I through X;
16 and ROE CORPORATIONS I through X,

17       Defendants.

18

19       The Federal Defendants, the United States of America and LeRoy Roldan, and

20 Plaintiffs, Cristiano Amparo, and Abel Millares-Rojas, stipulate (i) to extend the time to

21 file a discovery plan and scheduling order after the Plaintiffs' file their Amended

22 Complaint on or before April 29, 2024, after the Federal Defendants file a responsive

23 pleading on or before May 27, 2024. ECF No. 13. After the responsive pleading is filed,

24 the parties will conduct the Rule 26(f) conference on or before June 17, 2024. The current

25 deadline to file a discovery plan and scheduling order is April 25, 2024. ECF No. 14.

26       Therefore, the parties request that the Court extend the deadline for the parties to

27 file a discovery plan and scheduling order pursuant to **Monday, July 1, 2024**, which will

28 be 14 days after the parties conduct Rule 26(f) conference.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 19th day of April 2024.

| | |
|---|---|
| THE LAW FIRM OF PARKE ESQUIRE | JASON M. FRIERSON<br>United States Attorney |
| */s/ Kurt C. Lambeth, Esq.*<br>KURT C. LAMBETH, ESQ.<br>Nevada Bar No. 6390<br>3111 South Maryland Parkway<br>Las Vegas, Nevada 89109<br>*Attorneys for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4/23/2024

2