**BENJAMIN CARMAN, ESQ.**
NV Bar # 12565
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**THE BIG GUNS INJURY ATTORNEYS**
4045 Spencer Street Suite A52
Las Vegas, NV 89119
Telephone: (702) 500-GUNS
Facsimile: (702) 628-7095
service@thebigguns.law
Attorneys for Plaintiffs
Cristiano Amparo and Abel Millares-Rojas

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIANO AMPARAO, an individual; ABEL MILLARES-ROJAS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY ROLDAN, an individual RYDER TRUCK RENTAL LT; a Florida Corporation; UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE; DOE I though X; and ROE CORPORATIONS I through X <br><br> Defendants | 2:24-cv-00394-JAD-BNW <br><br> **Stipulation for Extension of Time for Plaintiffs to File an Amended Compliant and for Federal Defendants to File a Response** <br><br> **(Third Request)** |

Plaintiffs Cristiano Amparo and Abel Millares-Rojas, Defendant Ryder Truck Rental LT., and Defendants United States of America and Leroy Roldan by and through their respective counsel of record, hereby stipulate and agree to allow more time for Plaintiffs to file their amended complaint. As a result, the parties further

stipulate that Defendants' time to file a responsive pleading be extended. This is the third request for an extension of time.

Specifically, the parties stipulate that Plaintiffs have until **July 5, 2024** to file the amended complaint and Defendants have until **August 9, 2024** to file a responsive pleading.

The reason why Plaintiffs failed to file the amended complaint within the April 29, 2024 deadline set by this court was due to excusable neglect. Plaintiffs retained new counsel—The Big Guns Injury Attorneys—on May 23, 2024, which was about a month after the April deadline. Plaintiffs' counsel just learned about this deadline set by the court.

Furthermore, based upon information and belief, Plaintiffs' prior counsel, Kurt Lambeth, is no longer employed by Parke Law Firm and left before Plaintiffs retained the Big Guns Injury Attorneys. It is also believed that before Mr. Lambeth officially left Parke, he was in the process of limiting his workload there. During this time, the amended complaint was not filed. Based on the excusable neglect of prior counsel, there is good cause to allow Plaintiffs more time to amend their complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO ALLOW MORE TIME TO FILE AMENDED COMPLAINT

1  This stipulated request is filed in good faith and not for the purpose of undue
2  delay.

3  Respectfully submitted this 17th day of June 2024.

| THE BIG GUNS INJURY ATTORNEYS | JASON M. FRIERSON UNITED STATES ATTORNEY |
|---|---|
| /s/ Adam C. Edwards | */s/ Virginia T. Tomova* |
| BENJAMIN CARMAN, ESQ.<br>ADAM C. EDWARDS, ESQ.<br>Attorneys for Plaintiffs<br>Cristiano Amparo and Abel Millares-Rojas | VIRGINIA T. TOMOVA, ESQ.<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 18, 2024

3
STIPULATION TO ALLOW MORE TIME TO FILE AMENDED COMPLAINT