**BENJAMIN CARMAN, ESQ.**
NV Bar # 12565
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**THE BIG GUNS INJURY ATTORNEYS**
4045 Spencer Street Suite A52
Las Vegas, NV 89119
Telephone: (702) 500-GUNS
Facsimile: (702) 628-7095
service@thebigguns.law
Attorneys for Plaintiffs
Cristiano Amparo and Abel Millares-Rojas

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIANO AMPARAO, an individual; ABEL MILLARES-ROJAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEROY ROLDAN, an individual RYDER TRUCK RENTAL LT; a Florida Corporation; UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE; DOE I though X; and ROE CORPORATIONS I through X<br><br>Defendants | 2:24-cv-00394-JAD-BNW<br><br>**Stipulation for Extension of Time for Proposed Discovery Plan and Scheduling Order and for Defendant to File a Responsive Pleading**<br><br>**(Second Request)** |

Plaintiffs Cristiano Amparo and Abel Millares-Rojas, Defendant Ryder Truck Rental LT., and Defendants United States of America and Leroy Roldan by and through their respective counsel of record, hereby stipulate and agree to extend the time to file a proposed discovery plan and scheduling order. Furthermore, the parties stipulate to allow more time for the Defendant to file a responsive pleading.

1

STIPULATION TO ALLOW MORE TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER

Specifically, the parties stipulate that Defendants have until **August 19, 2024** to file a responsive pleading (30 days after Plaintiffs filed their Amended Complaint on July 19, 2024). The parties further stipulate that the discovery plan will be **14 days after Defendant files its responsive pleading**.

The reason for the extension is that the third—and most recent—stipulation to extend deadlines for the parties to file their pleading did not account for the deadline to file a proposed discovery plan and scheduling order. This stipulation is to allow for a timely deadline after all the pleadings have been filed.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 22nd day of July, 2024.

| | |
|---|---|
| **THE BIG GUNS INJURY ATTORNEYS** | **JASON M. FRIERSON UNITED STATES ATTORNEY** |
| /s/ Benjamin J. Carman | */s/ Virginia T. Tomova* |
| BENJAMIN CARMAN, ESQ. ADAM C. EDWARDS, ESQ. Attorneys for Plaintiffs Cristiano Amparo and Abel Millares-Rojas | VIRGINIA T. TOMOVA, ESQ. Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 24, 2024

2
STIPULATION TO ALLOW MORE TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER