SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
W. ELIZABETH DO, ESQ.
Nevada State Bar No. 13861
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE:  (702) 258-6662
sulm@bremerwhyte.com
edo@bremerwhyte.com

Attorneys for Defendant,
RYDER TRUCK RENTAL LT.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIANO AMPARO, an individual; ABEL MILLARES-ROJAS; an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:24-cv-00394-JAD-BNW <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

BREMER, WHYTE, BROWN & O'MEARA, LLP, counsel for RYDER

TRUCK RENTAL LT. (unnamed party), hereby requests that the following attorneys

///

///

///

///

///

///

///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1287.767 4913-0651-3932.1

be removed from the CM/ECF service list as they are no longer associated with this matter:

     Scott W. Ulm, Esq.
     W. Elizabeth Do, Esq.

Dated: January 16, 2025          BREMER WHYTE BROWN & O'MEARA LLP

               */s/ W. Elizabeth Do*
               Scott W. Ulm, Esq.
               Nevada Bar No. 12652
               W. Elizabeth Do, Esq.
               Nevada State Bar No. 13861
               *Attorneys for Defendant Ryder Truck Rental LT*

**IT IS SO ORDERED.**

Dated: January 17, 2025

UNITED STATES MAGISTRATE JUDGE

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1287.767  4913-0651-3932.1

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on this 16th day of January 2025, a true and correct copy of

3  **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

4  was electronically filed and served upon all parties requesting notice via the United

5  States District Court CM/ECF system.

6

7

8                              _/s/ Alexis Robinson_
                              An Employee of BREMER WHYTE

9                              BROWN & O'MEARA, LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1287.767  4913-0651-3932.1