SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. S. Suite 1100
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cristiano Amparo, an individual; Abel Millares-Rojas, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:24-cv-00394-JAD-BNW<br><br>**Stipulation and Order to<br>Extend Certain Discovery Deadlines<br>(Third Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension of the May 3, 2025, deadline to disclose initial experts to June 3, 2025, and all other discovery deadlines including joint pretrial order (JPTO) deadlines thereafter, as follows. This extension is made 21 days from the current initial expert disclosure deadline. The reason for the extension is that the parties are in the process of scheduling depositions of the plaintiffs and Defendant is still waiting for the plaintiffs' discovery responses which are due on April 16, 2025. In addition, although Defendant has received some of plaintiffs' medical records, it is still waiting to receive the rest of the plaintiffs' medical records, which were subpoenaed on February 7, 2025. Defendant is following up with the medical providers whose records are outstanding. Such information is not likely to be received in time for the experts to review and to prepare their expert reports prior to the current initial expert disclosure deadline of May 3, 2025. This is the third request for an extension.

## DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

The parties served their respective initial disclosures.

Plaintiffs served discovery requests upon the Defendant to which Defendant has responded. Defendant served discovery requests upon the plaintiffs, whose responses are due on April 16, 2025.

## DISCOVERY REMAINING

There are two plaintiffs in this case. The parties need to serve discovery requests, obtain all of plaintiffs' medical records and diagnostic imaging, retain experts after the medical records and imaging are obtained and conduct all necessary depositions. Defendant is in the process of scheduling plaintiffs' depositions and all other necessary parties. One of the plaintiff's depositions was scheduled for April 11, 2025, at Oasis/Lexitas. That deposition had to be rescheduled after Defendant was informed by Oasis/Lexitas that its building was undergoing renovations and painting. The parties are working to schedule all necessary depositions at time and date convenient for all.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The remaining discovery has not been completed, as the Defendant is still waiting to receive plaintiffs' medical records and imaging after the subpoenas for such records were sent on February 7, 2025. The deposition of plaintiff Millares-Rojas had to be rescheduled due to Oasis/Lexitas building renovations. The parties are also working on scheduling the plaintiffs' depositions at times and dates convenient for all. In addition, the current change of administration in Washington, DC has influenced the budget to retain experts, which also necessitates the request for the extension. The parties need the additional time to receive plaintiffs' discovery responses, to receive the reminder of plaintiffs' medical records and imaging, retain experts, and conduct all necessary depositions. Plaintiffs' counsel agrees to this extension. This request is filed within 21 days of the initial expert disclosure deadline. For these reasons, the parties agreed to the revised schedule below to have the necessary time to complete the discovery in this case.

## EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Discovery | 07/02/2025 | 08/04/2025[1] |
| Initial Expert Disclosures | 05/03/2025 | 06/03/2025 |
| Rebuttal Expert Disclosures | 06/09/2025 | 07/09/2025 |
| Dispositive Motions | 08/18/2025 | 09/18/2025 |
| Proposed Joint Pretrial Order | 09/30/2025 | 10/30/2025 |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 11th day of April 2025.

THE BIG GUNS INJURY ATTORNEYS

*/s/ Adam C. Edwards*
ADAM C. EDWARDS, Esq.
Nevada Bar No. 15405
4045 Spencer Street, Suite A52
Las Vegas, Nevada 89119
*Attorney for Plaintiffs*

SIGAL CHATTAH
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for United States of America*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 14, 2025

---

[1] August 2, 2025 is a Saturday.

3